taxable costs to date and disbursements in said court. See, also, 149 App. Div. 800, 134 N. Y. Supp. 301.

WATZELHAN, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by William Watzelhan, as administrator, etc., of Ruth Watzelhan, an infant, deceased, against the New York Telephone Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 157 App. Div. 928, 142 N. Y. Supp. 1149.

W. C. SWEETSER CO. v. GILSEY et al. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by the W. C. Sweetser Company against Henry Gilsey and another, impleaded with the Raisier Heating Company, appellant. J. J. Corn, of New York City, for appellant. W. M. Smith, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 142 App. Div. 939, 127 N. Y. Supp. 1149.

WEAN, Respondent, v. HAYES, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Pearl Wean, an infant, etc., against George Hayes.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $250, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. See, also, 148 App. Div. 898, 132 N. Y. Supp. 1150.

WELLS, Respondent, v. DAY, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Frank M. Wells against George K. Day. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs. See, also, 154 App. Div. 907, 138 N. Y. Supp. 1148.

WERNER, Respondent, v. DOYLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Christopher C. Werner, as trustee, etc., against Anna M. Doyle. No opinion. Motion granted, and appeal dismissed, with costs.

WESTERN NEW YORK INSTITUTION FOR DEAF MUTES, Respondent, v. BROOME COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by the Western New York Institution for Deaf Mutes against the County of Broome. No opinion. Motion granted, and appeal dismissed, with costs. See, also, 82 Misc. Rep. 63, 143 N. Y. Supp. 241.

WHITE v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Patrick J. White against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

WHITE STUDIO, Inc., Appellant, v. DREYFOOS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by the White Studio, Incorporated, against Alexander W. Dreyfoos and another. L. Laski, of New York City, for appellant. W. N. Seligsberg, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on 156 App. Div. 762, 142 N. Y. Supp. 37. Order filed.

WILLARD v. GENERAL REDUCTION CO. et al. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Frank B. Willard against the General Reduction Company and others. C. S. Stern, of New York City, for plaintiff. L. Kunen, of New York City, for defendants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 N. Y. Supp. 1150.

WILLARD v. GENERAL REDUCTION CO. et al. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Frank B. Willard against the General Reduction Company and others. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 144 N. Y. Supp. 1150.

WILLS v. WELLS BROS. CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Henry D. Wills against the Wells Bros. Company of New York. With this case has been consolidated in this court cases bearing titles as follows: Isidore Abler v. City of New York; Matthew T. Goldsborough, Jr., v. Richard F. Goldsborough; Solomon Schinasi et al. v. A. Schinasi Bros., Inc.; In re Pinkney Marks, an infant, etc. No opinions. Motions granted, unless appellants comply with terms stated in orders. Orders filed.

WING, Respondent, v. STEINBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Frank L. Wing against Bessie Steinberg and another. No opinion. Motion denied, without costs.

WITTGREN, Appellant, v. WELLS BROS. CO. OF NEW YORK, Respondent. (Supreme